In re ULROP-HUFF CO. Inc.

Appeal of WHITEHOUSE, DAVIS & CO., Inc.

(Circuit Court of Appeals, Second Circuit. November 2, 1925.)

No. 75.

Appeal from the District Court of the United States for the Western District of New York.

Appeal from Final Order in Bankruptcy Entered in the District Court for the Western District of New York.

Averill & Tompkins, of Rochester, N. Y. (Arthur Mayer, of New York City, of counsel), for appellant.

Isaac Adler, of Rochester, N. Y., for appellee.

Before HOUGH, MANTON and HAND, Circuit Judges.

PER CURIAM. Order (9 F.[2d] 922) affirmed.